IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 4:09-CR-011-SDJ-CAN |
| CYNTHIA MAE GARCIA | § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On April 21, 2021, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #104) that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of nine (9) months, followed by twenty-four (24) months of supervised release with the same conditions of release previously imposed. The Magistrate Judge also recommended an additional condition of supervised release: Defendant must take all mental health medication prescribed by her treating physician and pay the costs of such medication.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Accordingly, Defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of nine (9) months, followed by twenty-four (24) months of supervised release with the same conditions of release previously imposed. Defendant must also take all mental health medication prescribed by her treating physician and pay the costs of such medication.

**So ORDERED and SIGNED this 7th day of June, 2021.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE